IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **RANDY PAUPKE,** | § § | **CIVIL NO. 9:13-CV-196-MHS** |
| **V.** | § § | |
| **CARY S. GOSS, ET AL,** | § | **JURY TRIAL** |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, came on to be heard the Agreed Motion for Dismissal With Prejudice (Doc.No.48) and, after same having been presented to the court, the court is of the opinion that such Agreed Motion for Dismissal should be GRANTED.

IT IS, therefore, ORDERED, ADJUDGED and DECREED that plaintiffs, RANDY PAUPKE, ALFRED GRIFFIN and CHRISTOPHER BUSH's cause of action as alleged in Plaintiff's Original and/or Amended Complaint on file herein against defendants, CARY S. GOSS and SOUTHERN HARDWOOD, INC, be dismissed with prejudice, with costs of court being taxed against party incurring same.

It is SO ORDERED.

SIGNED this 14th day of August, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE